Writ of Mandamus Denied, Opinion issued September 28, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01185-CV

## IN RE RICKEY L. HOLLAND AND KAREN HOLLAND, Relators

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-15867-B**

## MEMORANDUM OPINION
Before Justices Bridges, Lang, and Fillmore
Opinion by Justice Bridges

Relators contend the trial court erred in denying their motion to recuse. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus and emergency motion for temporary relief.

_____
DAVID L. BRIDGES
JUSTICE

121185F.P05